```
                          United States Bankruptcy Court
                                District of Arizona
In re:                                                      Case No. 20-05009-MCW
PHONG THANH DO                                              Chapter 7
         Debtor                 CERTIFICATE OF NOTICE

District/off: 0970-2          User: admin                Page 1 of 1           Date Rcvd: Aug 25, 2020
                              Form ID: 318               Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2020.
```
db              +PHONG THANH DO,   8748 W MAYA WAY,    PEORIA, AZ 85383-3703
16067621         Elan Financial Service,    Cb Disputes,    Saint Louis MO 63166
16067624        +Lending Club Corp,    595 Market St,    San Francisco CA 94105-2807
16067626        +Nissan Motor Acceptanc,    Pob 660366,    Dallas TX 75266-0366
16067627        +PEGASUS CONSTRUCTION INC,     c/o LORONA MEAD PLC,    3838 N CENTRAL AVE, STE 100,
                  Phoenix AZ 85012-1933
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: BRAMACKENZIE.COM Aug 26 2020 05:48:00      ROBERT A. MACKENZIE,
                  2001 E. CAMPBELL AVE., SUITE 200,    PHOENIX, AZ 85016-5574
smg              EDI: AZDEPREV.COM Aug 26 2020 05:48:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
                  1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
16067620        +EDI: DISCOVER.COM Aug 26 2020 05:48:00      Discover Fin Svcs Llc,    Pob 15316,
                  Wilmington DE 19850-5316
16067622         EDI: IRS.COM Aug 26 2020 05:48:00      INTERNAL REVENUE SERVICE,    PO BOX 7346,
                  Philadelphia PA 19101-7346
16067623         EDI: JPMORGANCHASE Aug 26 2020 05:48:00      Jpmcb Card,    Po Box 15369,    Wilmington DE 19850
16067625        +EDI: TSYS2.COM Aug 26 2020 05:48:00      Macys/dsnb,    Po Box 8218,    Mason OH 45040-8218
                                                                                                TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16067619        Capital One Bank Usa N
                                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
```
              HAINES 4 MEYER    on behalf of Debtor PHONG THANH DO help@arizonabankruptcyhelp.com
              HILARY L BARNES    on behalf of Plaintiff   Pegasus Construction, Inc. hbarnes@allenbarneslaw.com,
               sgomez@allenbarneslaw.com,mvasquez@allenbarneslaw.com,ssheffield@allenbarneslaw.com,
               mmorgan@allenbarneslaw.com
              ROBERT A. MACKENZIE     ram@ramlawltd.com, az26@ecfcbis.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 4
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **PHONG THANH DO** | Social Security number or ITIN **xxx–xx–4608** |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of Arizona** | | |
| Case number: **2:20–bk–05009–MCW** | | |

# Order of Discharge                                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

PHONG THANH DO

<u>8/25/20</u>                                                                                     **By the court:**  <u>Madeleine C. Wanslee</u>
                                                                                                                           United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**